# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLIFFORD LEWIS MOODY, III**                                                              **PLAINTIFF**
**ADC #653750**

v.                         **Case No. 4:20-cv-00699-LPR**

**BRICK LEWIS,** *et. al.*                                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Moody's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2020.

                                                             _____
                                                             LEE P. RUDOFSKY
                                                            UNITED STATES DISTRICT JUDGE